# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
_____
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen**
**Direct E-Mail Address:** jamiefelsen@mllaborlaw.com
**Direct Dial: (516) 303-1391**

<u>**Via ECF**</u>

May 17, 2011

Hon. Frederic Block, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**  **Case No.: 11-cv-02256 (FB)(ALC)**
> **Abax, Incorporated v.  Carpenters Pension Fund**
> <u>**MLLG File No: 74-2011**</u>

Dear Judge Block:

This law firm represents Abax Inc., the Petitioner in the above-referenced matter

I am in receipt of an e-mail from your Case Manager, Mike Innelli, requesting that Petitioner file a letter stating whether or not Petitioner anticipates the necessity for discovery and therefore, whether a a Rule 16 conference should be scheduled.  Depending on Respondents' response to the Petition, it may be necessary to conduct discovery.  Therefore, we respectfully request that the Court schedule a Rule 16 conference.  In the event that a Rule 16 conference is no longer necessary after Respondents respond to the Petition, we will inform the Court of same.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

<u>/s/ Jamie S. Felsen</u>