UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

*In the Matter of the Arbitration between*

Abax Incorporated,

       Petitioner,

-against-

The New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, New York City District Council of Carpenters Charity Fund, by Frank Spencer and Paul O'Brien, as Co-Chairmen of the Board of Trustees, The New York City and Vicinity Carpenters Labor-Management Corporation
      And
The District Council for New York City and Vicinity, United Brotherhood of Carpenters and Joiners of America, by Frank Spencer, as Supervisor of the District Council for New York City and Vicinity, United Brotherhood Carpenters and Joiners of America,

       Respondents.

---

11-CV-2256 (FB) (AJC)

**STIPULATION OF EXTENSION OF TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Petitioner, Abax Incorporated, by counsel Milman Labuda Law Group PLLC, and Respondents, The New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, New York City District Council of Carpenters Charity Fund, by Frank Spencer and Paul O'Brien, as Co-Chairmen of the Board of Trustees, The New York City and Vicinity Carpenters Labor-

Management Corporation, and The District Council for New York City and Vicinity, United Brotherhood of Carpenters and Joiners of America, by Frank Spencer, as Supervisor of the District Council for New York City and Vicinity, United Brotherhood Carpenters and Joiners of America, by counsel Kauff McGuire & Margolis LLP, that the time for all Respondents to appear, answer, move, or otherwise respond to the Complaint in the above-captioned action is extended through and including June 17, 2011.

Dated: New York, New York.
      June 2, 2011

| MILMAN LABUDA LAW GROUP PLLC | KAUFF MCGUIRE & MARGOLIS LLP |
|---|---|
| By: _____<br>Jamie S. Felsen | By: _____<br>Raymond G. McGuire<br>Elizabeth O'Leary |
| 3000 Marcus Avenue<br>Suite 3W8<br>Lake Success, New York  11042<br>(516) 328-8899 | 950 Third Avenue<br>Fourteenth Floor<br>New York, NY  10022<br>(212) 644-1010 |
| Counsel for Petitioner | Counsel for Respondents |

4844-5855-1561.1